[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT



No. 97-1464

DENNIS J. SOLOMON,

Plaintiff, Appellant,

v.

KIMBERLY CHENEY, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Patti B. Saris, U.S. District Judge]



Before

Selya, Boudin and Lynch,
Circuit Judges.



Dennis J. Solomon on brief pro se.
Carol  A.  Griffin,  W illiam T. Bogaert and Morrison, Mahoney & Miller
on Memorandum of Law in Support of Motion of Defendant-Appellee,
Kimberly Cheney, for Summary Affirmance.



November 14, 1997


Per Curiam. Pro se plaintiff Dennis Solomon appeals a

district court judgment that dismissed his complaint as

frivolous  under 28 U.S.C. S 1915(e)(2)(B). Plaintiff is not a

prisoner. He did not seek to proceed in forma pauperis, but

rather  paid  the  full  fee  for filing his complaint. Thus, it is

not  entirely  clear that the foregoing statute, which generally

applies to prisoners seeking to proceed in forma pauperis,

applies  to  this  case.   Nevertheless, having thoroughly reviewed

the  record  and  the  parties' briefs on appeal, this court agrees

that the instant action is frivolous and that plaintiff can

prove  no  set  of  facts  that would entitle him to relief. Nor do

we see any merit to the plaintiff's unsupported claim of bias

on the part of the district court. Accordingly, the judgment

of the district court is summarily affirmed. See Local Rule

27.1.

-2-